ALANA YAKOVLEV, ESQ. (State Bar No. 270910)
WALK FREE LAW
611 S. Catalina Street, Suite 222
Los Angeles, CA 90005
Telephone:  (213) 674-7323
Facsimile:  (323) 998-6339

Attorney for Plaintiff
CHRISTINE TAYLOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE TAYLOR, an individual,<br>Plaintiff,<br>vs.<br>KERN COUNTY, a municipal entity; CITY OF BAKERSFIELD, a municipal entity; Sheriff of Kern County DONNY YOUNGBLOOD, individually and as a peace officer; Chief of Bakersfield Police Department LYLE MARTIN, individually and as a peace officer; Bakersfield Police Department Officer ERIC HARDIN, individually and as a peace officer; Bakersfield Police Department Sergeant LOUIS WOOD, individually and as a peace officer; and Does 1-20, inclusive,<br>Defendants. | CASE NO. 1:17 – CV- 01669-LJO-JLT<br><br>**NOTICE OF VOLUNATRY DISMISSAL OF ONLY DEFENDANT LYLE MARTIN, individually**<br><br>Hon. Jennifer L. Thurston, presiding |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: Counsel for Plaintiff, Alana Yakovlev, Esq., hereby voluntarily dismisses the matter against **DEFENDANT LYLE MARTIN ONLY**, pursuant to Federal Civil Procedure 41 (a) (1) (A)(i).

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LYLE MARTIN - 1

Dare: January 22, 2018

*[signature]*

ALANA YAKOVLEV, ESQ.
Counsel for Plaintiff
Christine Taylor

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                                                     ) ss.

COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is <u>611 S. Catalina Street, Suite 222, Los Angeles, California 90005.</u>

**On January 22, 2018, I served the foregoing document described as:**

**NOTICE OF VOLUNTARY DISMISSAL OF LYLE MARTIN**

**on all interested parties in this action by placing a true copy enclosed in a sealed envelope addressed as follows:**

**[SEE ATTACHED SERVICE LIST]**

[X]  **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **(VIA FACSIMILE)** I caused such document(s) to be transmitted electronically via facsimile to the address and facsimile number shown as follows:

[X]  **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **January 22, 2018**, at Los Angeles, California.

_____
ALANA YAKOVLEV
Attorney for Plaintiff

[Pleading Title] - 1

# SERVICE LIST

## Christine Taylor v. Eric Hardin, *et al.*
Eastern District of California Court Case No.: 1:17 – cv - 01669

Marderosian & Cohen
1260 Fulton Street
Fresno, CA 93721
(559) 441 – 7991 (office)
(559) 441 – 8171 (fax)
**Attorneys for Defendants
CITY OF BAKERSFIELD,
CHIEF LYLE MARTIN,
OFFICER ERIC HARDIN
SERGEANT LOUIS WOOD**