UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE TAYLOR,<br><br>        Plaintiff,<br><br>v.<br><br>KERN COUNTY, et al.,<br><br>        Defendants. | Case No. 1:17-cv-01669 LJO JLT<br><br>**ORDERCLOSING THE MATTER AS TO LYLE MARTIN**<br><br>(Doc. 6) |

      The plaintiff has filed a voluntary notice to dismiss Lyle Martin as a defendant from this case (Doc. 6). The notice relies upon Fed.R.Civ.P.41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(i); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Thus, the Clerk of Court is DIRECTED to close this action as to Lyle Martin.

IT IS SO ORDERED.

    Dated: **January 25, 2018**            **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE