# UNITED STATES DISTRICT COURT

__Eastern__ **District of** __California__

Christine Taylor

Plaintiff (s),

V.

Kern County, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:17-cv-01669-LJO-JLT

Notice is hereby given that, subject to approval by the court, __Christine Taylor__ substitutes
(Party (s) Name)

__PRO SE INDIGENT LITIGANT__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Walk Free Law, Law Office of Shirin Buckman__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: PRO SE LITIGANT  Christine Taylor
Address: 2804 HOLLINS ST BAKERSFIELD CA 93305
Telephone: (661) 487-1584   Facsimile (661) 871-8466
E-Mail (Optional): TAYLORJGBC@gmail.com

I consent to the above substitution.

Date: _____

_Christine Taylor_
(Signature of Party (s))

I consent to being substituted.

Date: 7/16/2018

Alana Yakovlev (Digitally signed by Alana Yakovlev, Date: 2018.07.16 20:14:54 -07'00')
Shirin Buckman (Digitally signed by Shirin Buckman, Date: 2018.07.14 18:26:21 -07'00')
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 7/16/2018

_Christine Taylor_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**