# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-01669 LJO JLT<br><br>ORDER GRANTING SUBSTITUTION OF COUNSEL<br>(Doc. 23) |

Ms. Taylor has agreed that her attorneys will no longer represent her and she will appear in this action without counsel. (Doc. 23) Thus, the Court **ORDERS**:

1.　Christine Taylor is **SUBSTITUTED** as a self-represented litigant in the place of her attorneys, Alana Yokovlev and Shirin Buckman.

IT IS SO ORDERED.

Dated: __**July 19, 2018**__　　　　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1