1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   CHRISTINE TAYLOR,                  )   Case No.: 1:17-cv-1669 - JLT
                                        )
12              Plaintiff,              )   ORDER DISREGARDING PLAINTIFF'S EX
                                        )   PARTE REQUESTS FOR ELECTRONIC FILING
13        v.                            )   PERMISSION
                                        )
14   ERIC HARDIN, et al.,               )   ORDER DIRECTING PLAINTIFF TO DESIST
                                        )   ATTEMPTS TO CONTACT THE COURT
15              Defendants.             )   EXCEPT THROUGH NOTICED MOTION
                                        )
16   _____   )

17        The Court has received several e-mails from Plaintiff that include both requests for permission

18   to file electronically and documents that Plaintiff seeks to file.  The Clerk's Office has repeatedly

19   informed Plaintiff that such communications are improper and rebuffed her efforts at communicating

20   with the Court in that manner.

21        Pursuant to Local Rule 133, "Any person appearing pro se may not utilize electronic filing

22   except with the permission of the assigned Judge or Magistrate Judge."  L.R. 133(b)(2).  Instead, pro

23   se parties—such as Plaintiff—must "file and serve paper documents as required by applicable Federal

24   Rules of Civil or Criminal Procedure or by these Rule."  *Id.*  As the Clerk's Office has informed

25   Plaintiff, such documents must be mailed to the following address:

26                Office of the Clerk
                  United States District Court
27                Eastern District of California
                  2500 Tulare Street, Room 1501
28                Fresno, CA 93721

Any pro se litigant seeking electronic filing permission may not simply e-mail a request for such permission, but must follow the guidelines set forth by Local Rule 133(b)(3), which provides: "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception." Plaintiff has not complied with these Local Rules.

Based upon the foregoing, the Court **ORDERS**:

1.      Plaintiff's request for electronic filing permission is **DISREGARDED**;

2.      Plaintiff is **DIRECTED** to file any motions, briefs, or requests, with the Office of the Clerk at the United States District Court in Fresno, California;

3.      **Plaintiff is advised that failure to follow the Local Rules and this Order—such as further attempts at e-mailed communication directed to the Court—may result in the imposition of sanctions pursuant to Local Rule 110**.

IT IS SO ORDERED.

Dated:   **August 29, 2018**                         **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE