Received 10/10/18

FILED
OCT 15 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

Christine Taylor
2804 Hollins st
Bakersfield, ca 93305
661-487-1584
Pro se

United States District Court

Eastern District Of California

Kern

Christine Taylor
    Plaintiff,
Vs.

Eric Hardin, et al.,

Reply To Order To Show Cause

1:17-Cv-01669-Ljo-Jlt

    Plaintiff did not understand the court order to violate the court order therefore sanctions should not be imposed. There is no evidence to show that the plaintiff willfully violated the court order.
    Plaintiff Sent **court documents Directly** To The Parties' Electronic Service Address They consented and Furnished With The Court. There is no violation here.
    The Court Ordered/Directed Plaintiff To Contact The Court Through Noticed Motion. **Unknowing the difference between a motion vs Noticed motion. Nonetheless, the** courts directed the plaintiff to stop emailing the clerk even though the Procedures Directs plaintiff to Email The Clerk Shall@Caed.Uscourts.Gov, her **requests for telephonic appearance.** There is no violation here.
    **The court directed plaintiff to email proposed orders to the Judge.** There is no violation here, And accordingly and Pursuant To 2018 California **Rule 2.251. Electronic Service: Consent Has Been Established** If A Party Is Mandated To File And Serve Electronically With The Courts Or Accepts Electronic Service And Filing The Notice With The Court. The Act Of Electronic Filing Is Evidence That The Party Agrees To Accept Service.
    **However,** with no justification the court imposes undue burden on the plaintiff. For no good reason. Ordering her to serve everyone a copy via U.S. MAIL instead of ELECTRONIC MAIl is overly burdensome and unduly expensive. Imposing this order Will Delay The Case. Besides **everyone has consented to electronic service.** Pursuant To 2018 California **Rule 2.251. Electronic Service: Consent Has Been Established.**

### MID-DISCOVERY STATUS CONFERENCE WAS VACATED

1.     The Courts "Order To Show Cause" Failed To Mention On September 27, 2018 They Vacated Mid-Discovery Status Conference. Plaintiff Received 1 Day Notice. The Court Ignored Plaintiff Email Request For Telephonic Appearances Process. No Instructions Were Sent To Plaintiff. The court created a situation to prosecute plaintiff with sanctions for dismissal. In other words the court SET U⯑ the plaintiff u⯑

[PROPOSED] ORDER

 

282044220-1

# Get the most out of medication home delivery from OptumRX®



Home delivery is an easy way to manage your medication and health. Enclosed you will find helpful information and resources should you have questions about your package.

© 2018 Optum, Inc. All rights reserved.



### Go Paperless
Simply sign in to optumrx.com. Go to your account, then communication preferences, and select paperless.*
*Exclusions may apply

## Important



Please contact OptumRX® at **optumrx.com** or call **1.877.889.6358 (TTY 711)** with questions or concerns about delivery of your prescription(s), including timeliness of your order, condition of the package or medication upon arrival, and completeness of your order, or pharmacy benefits or medication. OptumRX® is available anytime, any day. If you are receiving a controlled substance medication, OptumRX® may be required by law to submit information from your controlled substance prescriptions(s) to your states's prescription drug monitoring program. Access to this information is limited to specific individuals for limited purpsoses as authorized by law.

**Please note:** If you have updates to your health history, allergies and/or health conditions, please call OptumRX® immediately. To ensure your medication is working safely and properly, notify OptumRX® of any updates in your medication routine, including over-the-counter or herbal products you may be taking.

| | |
|---|---|
| 1 | |
| 2 | Docket Text: |
| 3 | Order Disregarding Plaintiff's Ex Parte Requests For Electronic Filing Permission; Order Directing Plaintiff To Desist Attempts To |
| 4 | Contact The Court Except Through Noticed Motion, Signed By |
| 5 | Magistrate Judge Jennifer L. Thurston On 8/29/2018. (Hall, S) |
| 6 | |
| 7 | |
| 8 | 10/12/18          Chut Dayh |
| 9 | |

[PROPOSED] ORDER

Case No. _____

2

Case: 1:17-cv-01669-JLT

Christine Taylor
2804 Hollins St
Bakersfield, CA 93305

------------------------------------------------

MIME-Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov To:CourtMail@localhost.localdomain Message-Id: Subject:Activity in Case 1:17-cv-01669-JLT Taylor v. Hardin et al Order. Content-Type: text/html

*This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.*
***NOTE TO PUBLIC ACCESS USERS*** *There is no charge for viewing opinions.*

## U.S. District Court

### Eastern District of California – Live System

### Notice of Electronic Filing

The following transaction was entered on 10/5/2018 at 12:41 PM PDT and filed on 10/5/2018

*Case Name:* Taylor v. Hardin et al
*Case Number:* 1:17-cv-01669-JLT
*Filer:*
*Document Number:* 30

*Docket Text:*
ORDER After Mid-Discovery Status Conference; ORDER to the PLAINTIFF to SHOW CAUSE Why Sanctions Should Not Be Imposed for Her Failure to Comply with the Court's Orders, signed by Magistrate Judge Jennifer L. Thurston on 10/5/2018. Show Cause Response due within 14 days. (Hall, S)


**1:17-cv-01669-JLT Notice has been electronically mailed to:**

Andrew C. Thomson &nbsp &nbsp athomson@co.kern.ca.us, kfoster@co.kern.ca.us, murcid@kerncounty.com, ngeorges@co.kern.ca.us

Heather Sharon Cohen &nbsp &nbsp heather@mrcl-law.com, heather@mcc-legal.com, kate@mcc-legal.com

Michael G. Marderosian &nbsp &nbsp mick@mcc-legal.com, heather@mcc-legal.com, kate@mcc-legal.com

Robert John Rice &nbsp &nbsp rrice@kerncounty.com, maggie.peralta@kerncounty.com, rjriceesq@aol.com, swillard@kerncounty.com

Virginia Anne Gennaro &nbsp &nbsp vgennaro@bakersfieldcity.us

**1:17-cv-01669-JLT Electronically filed documents must be served conventionally by the filer to:**

Christine Taylor
2804 Hollins St
Bakersfield, CA 93305

The following document(s) are associated with this transaction: