Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:     Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE
                   DEPARTMENT, OFFICER ERIC HARDIN, BAKERSFIELD POLICE
                   DEPARTMENT SERGEANT LOUIS WOOD

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE TAYLOR,<br><br>   Plaintiff,<br>  vs.<br><br>KERN COUNTY, a municipal entity;<br>CITY OF BAKERSFIELD, a municipal entity;<br>Sheriff of Kern County DONNY<br>YOUNGBLOOD, individually and as a peace<br>officer; Bakersfield Police Department Officer<br>ERIC HARDIN, individually and as a peace<br>officer; Bakersfield Police Department Sergeant<br>LOUIS WOOD, individually and as a peace<br>officer; and DOES 1-20, inclusive<br><br>   Defendants. | Case No. 1:17-CV-01669-JLT<br><br>**STIPULATION OF DISMISSAL;**<br>**[PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-referenced matter be dismissed in its entirety without prejudice. Each Party shall bear its own attorneys' fees and costs.

Dated: October 15, 2018          By: _____
                                      Christine Taylor, Plaintiff Pro Se


Dated: October 15, 2018          MARDEROSIAN  &  COHEN



                                 By: ___/s/ Heather S. Cohen_____
                                      Heather S. Cohen,
                                      Attorneys for Defendants
                                      CITY OF BAKERSFIELD, ERIC
                                      HARDIN and LOUIS WOOD


Dated: October 15, 2018          MARK L. NATIONS, COUNTY COUNSEL



                                 By: ___/s/ Robert J. Rice_____
                                      Andrew C. Thomson, Chief Deputy
                                      Robert Rice, Deputy
                                      Attorneys for Defendants
                                      COUNTY OF KERN and KERN
                                      COUNTY SHERIFF DONNY
                                      YOUNGBLOOD


## ORDER

The Stipulation of Dismissal of the Parties having been read and considered by the Court, and good cause appearing therefor, IT IS SO ORDERED that this matter is hereby dismissed in its entirety without prejudice.  Each Party shall bear its own attorneys' fees and costs.



Dated:_____, 2018.          _____
                                        JUDGE OF THE UNITED STATES
                                        DISTRICT COURT/EASTERN DISTRICT