# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE TAYLOR,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC HARDIN, et al.,<br><br>  Defendants. | Case No.: 1:17-cv-1669- JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 33) |

On October 19, 2018, the parties filed a "Stipulation of Dismissal," indicating the all parties agreed that the action is "dismissed in its entirety without prejudice." (Doc. 33 at 2) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."

Because all parties signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **October 22, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE